**Order entered December 13, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00519-CV

### IN THE MATTER OF A.A.

On Appeal from the 305th Judicial District Court
Dallas County, Texas
Trial Court Cause No. JD-75173-X

## ORDER

Before the Court is the November 8, 2013 motion of Helen Arizor to withdraw as counsel for appellant. We **DENY** the motion without prejudice to filing a motion that complies with rule of appellate procedure 6.5(a) & (b). *See* TEX. R. APP. P. 6.5(a) & (b).

The reporter's record is past due. We have received notification from Pam Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, that she has not received any request for preparation of the reporter's record and that no payment arrangements for the record have been made. Accordingly, we order appellant to provide this Court **ON OR BEFORE JANUARY 10, 2014** with written documentation that she has requested the reporter's record and made payment arrangements for its preparation or has been found indigent and is allowed to proceed with this appeal without advance payment of costs.

/s/     DAVID LEWIS
        JUSTICE